No. 222. NATIONAL LABOR RELATIONS BOARD *v.* KATZ ET AL. C. A. 2d Cir. Certiorari granted. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli, Norton J. Come* and *Frederick U. Reel* for petitioner. *Sidney O. Raphael* and *Leo M. Drachsler* for respondents. █

No. 124. CREEK NATION *v.* UNITED STATES. Court of Claims. Certiorari granted. *Paul M. Niebell* for petitioner. *Solicitor General Cox* and *Roger P. Marquis* for the United States. Reported below: —— Ct. Cl. ——, —— F. 2d ——.

No. 113. MALONE *v.* BOWDOIN ET AL. C. A. 5th Cir. Certiorari granted. *Solicitor General Cox* and *Roger P. Marquis* for petitioner. █

No. 166. MARINE ENGINEERS BENEFICIAL ASSOCIATION ET AL. *v.* INTERLAKE STEAMSHIP CO. ET AL. Supreme Court of Minnesota. Certiorari granted. *Lee Pressman* and *Richard H. Markowitz* for petitioners. *Raymond T. Jackson* for respondents. █

No. 205. FREE *v.* BLAND. Supreme Court of Texas. Certiorari granted. *Gerhard A. Gesell* and *Edwin M. Fulton* for petitioner. *Royal H. Brin, Jr.* for respondent. *Solicitor General Cox* and *Assistant Attorney General Orrick* for the United States, as *amicus curiae,* in support of the petition. █

No. 283. SALEM *v.* UNITED STATES LINES CO. C. A. 2d Cir. Certiorari granted. *Philip F. DiCostanzo* for petitioner. *Walter X. Connor* for respondent. █